44 So.2d 35

**Austin JORDAN (Jordon Truck Line) v. Willie STINSON.**

3 Div. 911.

Court of Appeals of Alabama.
Dec. 20, 1949.

Appeal from Circuit Court, Montgomery County; Eugene Carter, Judge.

Jack Crenshaw and Walter J. Knabe, of Montgomery, for appellant.

R. Luther Ingalls, of Montgomery, for appellee.

BRICKEN, Presiding Judge.
Appeal dismissed, by agreement.

51 So.2d 914

**Austin Burton KELSOE v. STATE.**

8 Div. 954.

Court of Appeals of Alabama.
Jan. 13, 1951.

Appeal from Circuit Court, Lawrence County; Newton B. Powell, Judge.

PER CURIAM.
Appeal dismissed.

.47 So.2d 924

**John W. KUYKENDALL v. STATE.**

6 Div. 936.

Court of Appeals of Alabama.
May 9, 1950.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

Attempt to kidnap.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

45 So.2d 870

**Jake KYSER v. STATE.**

4 Div. 135.

Court of Appeals of Alabama.
March 21, 1950.

Appeal from Circuit Court, Coffee County; Chas. C. Brannen, Judge.

Violating prohibition law.

Harry Adams, of Enterprise, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.

44 So.2d 36

**Lucille LATHAM v. STATE.**

6 Div. 876.

Court of Appeals of Alabama.
Dec. 20, 1949.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

Petit larceny.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

46 So.2d 863

**Conley LAWRENCE v. STATE.**

6 Div. 933.

Court of Appeals of Alabama.
April 25, 1950.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

Forgery, second degree.

688

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.

Affirmed.

46 So.2d 863

#### Conley LAWRENCE v. STATE.

#### 6 Div. 934.

Court of Appeals of Alabama.
April 25, 1950.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

Forgery, second degree.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.

Affirmed.

47 So.2d 924

#### Conley LAWRENCE v. STATE.

#### 6 Div. 935.

Court of Appeals of Alabama.
May 9, 1950.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

Forgery, second degree.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Affirmed.

44 So.2d 916

#### Albert LEDWELL v. STATE.

#### 8 Div. 760.

Court of Appeals of Alabama.
Jan. 24, 1950.

Appeal from Circuit Court, Madison County; E. H. Parsons, Judge.

Murder, second degree.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.

Appeal dismissed.

44 So.2d 916

#### C. A. LEE v. STATE.

#### 3 Div. 917.

Court of Appeals of Alabama.
Jan. 17, 1950.

Appeal from Circuit Court, Escambia County; F. W. Hare, Judge.

Fraudulent check.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Affirmed.

46 So.2d 863

#### Sullivan LEONARD v. STATE.

#### 5 Div. 292.

Court of Appeals of Alabama.
April 18, 1950.

Appeal from Circuit Court, Elmore County; Oakley W. Melton, Judge.

Violating prohibition law.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed.